USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MISAEL PEREDA ABARCA, et al.,

                Plaintiffs,

-v.-


ANTALIA TURKISH CUISINE LLC, et al,

                Defendants.
-------------------------------------------------------------X

ORDER OF DISCONTINUANCE
18 Civ. 4380 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      This case contains claims under the Fair Labor Standards Act. On April 19, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated May 13, 2019(Docket # 35), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), the Court find that it is fair and reasonable. The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: May 20, 2019
      New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge